1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  **In re:**                              **Case No. 09-71789 RE**

11  **GILBERT GERARD DYER and**             **Chapter 13**
    **LORETTA DYER,**

12                                          **DEBTORS' PROPOSED RESOLUTION**
                         **Debtors.**       **OF TRUSTEE'S MOTION TO DISMISS**
13  _____/

14      Debtors propose to resolve the trustee's Motion to Dismiss as

15  follows:

16      Debtors shall either bring the plan payments current, enter into a

17  stipulation with the Trustee or file a motion to modify the plan within

18  twenty one (21) days from the date of this proposal or the case shall be

19  dismissed.

20

21  Dated: July 7, 2011
                                        /s/ Patrick L. Forte
22                                      PATRICK L. FORTE
                                        Attorney for Debtors
23

24

25

26

Case: 09-71789   Doc# 51   Filed: 07/08/11   Entered: 07/08/11 09:36:52   Page 1 of 1