```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-71789 RE |
| **GILBERT GERARD DYER and LORETTA DYER,** | Chapter 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On July 8, 2011, I served the within;

**DEBTORS' PROPOSED RESOLUTION OF TRUSTEE'S MOTION TO DISMISS**

on the below-named in this electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee**          **U. S. Trustee**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 8, 2011                    /s/ April Tang
                                       APRIL TANG

Certificate of Service                                          Page 1 of 1