JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Bank Of New York Mellon, F/K/A Bank Of New York, As Trustee, In Trust For Registered Holders Of Cwabs, Inc., Asset-Backed Certificates, Series 2005-Im3, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 09-71789 E |
| **Loretta Dyer** § | |
| **Gilbert Gerard Dyer**, § | Chapter: 13 |
| § | |
| Debtors. § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Bank Of New York Mellon, F/K/A Bank Of New York, As Trustee, In Trust For Registered Holders Of Cwabs, Inc., Asset-Backed Certificates, Series 2005-Im3, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

M&H File No. CA-15-112146

1  Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Bank Of New York Mellon, F/K/A Bank Of New York, As Trustee, In Trust For Registered Holders Of Cwabs, Inc., Asset-Backed Certificates, Series 2005-Im3, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 3/4/2015              McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong, Esq.
Jennifer C. Wong, Esq.,
Attorney for Bank Of New York Mellon, F/K/A Bank Of New York, As Trustee, In Trust For Registered Holders Of Cwabs, Inc., Asset-Backed Certificates, Series 2005-Im3, Its Assignees And/Or Successors, By And Through Its Servicing Agent Select Portfolio Servicing, Inc.

M&H File No. CA-15-112146